UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Superior Wilderness Action Network,

Plaintiff,

vs. ORDER

James Sanders, Forest Supervisor, United States Forest Service, and Robert Jacobs, Regional Forester,

Defendants. Civ. No. 01-676 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of October, 2001.

* * *

On October 4, 2001, the Court conducted the Initial Pretrial Conference in this matter, with the Plaintiff appearing by Leigh A. Haynie, Esq., and with the Defendant appearing by Mary L. Trippler, Assistant United States Attorney. The parties advise that a certified Administrative Record will be filed with the Court, without further need for discovery, and that the issues will be decided, in all probability, on cross-Motions for Summary Judgment. Accordingly, consistent with the recommendations of the parties, we establish appropriate pretrial deadlines for this action.

NOW, THEREFORE, It is --

7

Filed OCT 04 2001
RICHARD D. ... CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

ORDERED:

1. That, consistent with D. Minn. LR7.1(b)(2)(A), Motions for Summary Judgment, with all appropriate briefing completed, will be filed with the Court **by no later than March 15, 2002.**

2. That the briefing schedule for the filing of Summary Judgment Motions shall be as follows:

a. That the party seeking to file a Summary Judgment Motion shall serve the Motion, and all supporting documents, upon the opposing party, **by no later than January 15, 2002,** and shall file a copy of the letter of transmittal with the Clerk of Court.

b. That any responsive brief shall be served upon the moving party **by no later than February 15, 2002.**

C. That any reply brief, by the moving party, shall be served **by no later than March 1, 2002.**

3. That, prior to the filing of the Motion for Summary Judgment, and all related briefing and supporting papers, counsel for the parties shall contact the Calendar Clerk of the District Court so as to secure a Hearing date for the Motion.

4. That the parties are to promptly draw any pretrial disputes to the attention of this Court, either formally or informally, in order to permit their timely disposition.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE