UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-676 JRT/RLE

SUPERIOR WILDERNESS ACTION NETWORK,

Plaintiff,

v.

UNITED STATES FOREST SERVICE; JAMES SANDERS, Forest Supervisor, and ROBERT JACOBS, Regional Forester,

Defendants.

**STIPULATED ORDER**

The parties, through their counsel, stipulate and agree that the filing dates for the Cross Motions for Summary Judgment should be extended as follows:

| | |
|---|---|
| Opening briefs | May 1, 2002 |
| Responsive briefs | June 1, 2002 |
| Reply briefs | June 15, 2002 |

for the following reasons.

1. The defendant has requested a new appraisal for the land at issue in this Administrative Procedures Act ("APA") review case; however, the appraisal process has not yet been completed. The defendant needs additional time to review the appraisal and supplement the administrative record so the Court may have a complete record for judicial review.

2. The plaintiff believes that the administrative record is incomplete in other respects and has indicated that it believes that discovery may be necessary. The plaintiff needs additional time to make a motion for discovery or otherwise review Forest

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Service documents.

3. This is the first court challenge to a land exchange in the District of Minnesota, and the parties to this action need additional time, once the new appraisal has been received, to explore settlement.

Dated: January 3, 2001

LEIGH HAYNIE, Esq.
Haynie Law Office
12005 41st Avenue North
Suite 201
Plymouth, MN 55441
Attorney for Plaintiff

Dated: December 27, 2001

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 1/7/02

RAYMOND L. ERICKSON
United States Magistrate Judge