UNIT⁻D STATES MAGISTRATE JUDG
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

February 20, 2002

To: Ms. Leigh Haynie
Wildlaw
12005 41st Ave. N
#201
Plymouth, MN 55441

**LETTER ORDER**

Re: Superior Wilderness Action Network v.
United States Forest Service, et al.
Civ. No. 01-676 (JRT/RLE)

Dear Counsel:

On February 13, 2002, you filed a Motion for Permission to Serve Discovery and Accompanying Brief [Docket No. 9] in the above-entitled action. The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 9].**

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Ms. Mary L. Trippler, AUSA

(10)

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK